1 | LYNN HUBBARD III, SBN 69773
2 | SCOTTLYNN J HUBBARD IV, SBN 212970
  | DISABLED ADVOCACY GROUP, APLC
3 | 12 Williamsburg Lane
  | Chico, CA 95926
4 | Telephone: (530) 895-3252
  | Facsimile: (530) 894-8244

5 | Attorneys for Plaintiff ROBERT DODSON

6 | CHRIS VAUGHAN, SBN 99568
  | VAUGHAN & ASSOCIATES
7 | 6207 South Walnut Street, Suite 800
  | Loomis, CA 95650
8 | Telephone: (916) 660-9401
  | Facsimile: (916) 660-9378
9 |
  | Attorneys for Defendants
10| VISION F. S., INC. dba DENNY'S #6775
  | and CHARTER PROPERTIES V, LLC
11|

                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA

ROBERT DODSON,                    Case No. 2:11-cv-03108-MCE-EFB

    Plaintiff,
                                  STIPULATION FOR DISMISSAL and
v.                                ORDER THEREON

VISION F. S., INC. dba DENNY'S
#6775; CHARTER PROPERTIES V,
LLC,

    Defendants.
_____/

Stipulation for Dismissal and
Order Thereon                          - 1 -                *Dodson v. Vision F. S. Inc., et al.*
                                                            Case No. 2:11-cv-03108-MCE-EFB

TO THE COURT AND TO ALL PARTIES:

Plaintiff, ROBERT DODSON, and defendants, VISION F. S., INC. dba DENNY'S #6775 and CHARTER PROPERTIES V, LLC, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: July 11, 2012					DISABLED ADVOCACY GROUP, APLC


							 /s/  Lynn Hubbard
							LYNN HUBBARD III
							Attorney for Plaintiff ROBERT DODSON

Dated: July 11, 2012					VAUGHAN & ASSOCIATES


							 /s/ Chris Vaughan
							CHRIS VAUGHAN
							Attorney for Defendants VISION F. S., INC. dba DENNY'S #6775 and CHARTER PROPERTIES V, LLC


### **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:11-cv-03108-MCE-EFB, is hereby dismissed with prejudice. The Clerk is directed to close the file.

Dated: July 13, 2012

							_____
							MORRISON C. ENGLAND, JR.
							UNITED STATES DISTRICT JUDGE