LYNN HUBBARD III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff ROBERT DODSON

CHRIS VAUGHAN, SBN 99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA 95650
Telephone: (916) 660-9401
Facsimile: (916) 660-9378

Attorneys for Defendants
VISION F. S., INC. dba DENNY'S #6775
and CHARTER PROPERTIES V, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DODSON,<br><br>    Plaintiff,<br><br>v.<br><br>VISION F. S., INC. dba DENNY'S #6775; CHARTER PROPERTIES V, LLC,<br><br>    Defendants.<br>_____ / | Case No. 2:11-cv-03108-MCE-EFB<br><br>STIPULATION FOR DISMISSAL and ORDER THEREON |

Stipulation for Dismissal and
Order Thereon

- 1 -

*Dodson v. Vision F. S. Inc., et al.*
Case No. 2:11-cv-03108-MCE-EFB

TO THE COURT AND TO ALL PARTIES:

Plaintiff, ROBERT DODSON, and defendants, VISION F. S., INC. dba DENNY'S #6775 and CHARTER PROPERTIES V, LLC, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: July 11, 2012                DISABLED ADVOCACY GROUP, APLC


                                                      */s/   Lynn Hubbard*
                                                      LYNN HUBBARD III
                                                      Attorney for Plaintiff ROBERT DODSON

Dated: July 11, 2012                VAUGHAN & ASSOCIATES


                                                      */s/ Chris Vaughan*
                                                      CHRIS VAUGHAN
                                                      Attorney for Defendants VISION F. S., INC. dba DENNY'S #6775 and CHARTER PROPERTIES V, LLC

**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:11-cv-03108-MCE-EFB, is hereby dismissed with prejudice. The Clerk is directed to close the file.

Dated:  July 13, 2012

                                                      _____
                                                      MORRISON C. ENGLAND, JR.
                                                      UNITED STATES DISTRICT JUDGE